LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT,
FOR THE EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>JESSE EDDIE VINDIOLA,<br>Defendant. | CASE NO: 1:26-CR-00088-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS; FINDINGS AND ORDER |

**STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By prior order of the Court, this matter was set for continuing status conference on August 26, 2026, in front of Magistrate Judge Hon. E. Grosjean.

2. By this stipulation, the defendant now moves to continue the status conference until December 9, 2026.

   a. The parties agree and stipulate, and request that the Court find the following:

i. Appointed counsel finished a life top state court jury trial on August 18, 2026. Counsel needs that additional time to evaluate discovery and the merits of the case.

ii. The Government is working with counsel to provide their analysis of applicable sentencing guidelines.

iii. Appointed counsel needs additional time to meet and confer with Mr. Vindiola to provide effective assistance of counsel.

iv. The parties agree that time shall be excluded through August 26, 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

b. The government does not object to the continuing status conference.

IT IS SO STIPULATED.

Dated: August 24, 2026

Respectfully submitted,

/s/ Kyle McPherson

Kyle McPhereson
*SAUSA*

Dated: August 24, 2026

Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

## FINDINGS AND ORDER

IT IS SO ORDERED that the status conference is continued from August 26, 2026, to **December 9, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO ORDERED.**

**DATED: August 24, 2026**

/s/ Erica P. Grosjean
**UNITED STATES MAGISTRATE JUDGE**